| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Beaty Jr., James A. | 2. Court or Organization<br><br>US District Court - 4th Cir. | 3. Date of Report<br><br>05/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>251 N. Main Street - Suite 248<br>Winston-Salem, N.C. 27101-3984 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Foundation Board Member | Western Carolina University |
| 2. Board of Trustees | Senior Services of Forsyth County |
| 3. Board Member | New Winston Museum |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 13 P 1:31 RECEIVED

Beaty Jr., James A.

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 2009 | NC Judicial Retirement Vested Benefit | $31,342.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | The Speech Center-Clerical |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wachovia Brokerage IRA | B | Dividend | K | T | | | | | |
| 2. -Citigroup Common Stock | | | | | | | | | |
| 3. -Microsoft Common Stock | | | | | | | | | |
| 4. -General Electric Comon Stock | | | | | | | | | |
| 5. -Omega Health Prop. Common Stock | | | | | | | | | |
| 6. -Lithium Technology/Common Stock | | | | | | | | | |
| 7. -Progress Energy Common Stock | | | | | | | | | |
| 8. -Precision Drilling Company Common Stock | | | | | | | | | |
| 9. Duke Energy, Common Stock | A | Dividend | J | T | | | | | |
| 10. Spectra Energy Common Stock | A | Dividend | J | T | | | | | |
| 11. Bank of America Investment Services, Inc. (IRA) | A | Dividend | M | T | | | | | |
| 12. -Columbia Cash Reserve Daily | | | | | | | | | |
| 13. -Federated Bond Class A | | | | | | | | | |
| 14. -Federated American Leaders Class Mutual Fund | | | | | | | | | |
| 15. -Federated Capital Appreciation Class A Mutual Fund | | | | | | | | | |
| 16. -Federated INT'L Value Class A Mutual Fund | | | | | | | | | |
| 17. -Federated Kaufman Class A | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Fed. Strat. Val. Fund Class A Mut. Fund | | | | | | | | | |
| 19. CSX. Corp., Common Stock | A | Dividend | J | T | | | | | |
| 20. Exxon Mobil Common Stock | A | Dividend | J | T | | | | | |
| 21. Bell South/A T & T | A | Dividend | J | T | | | | | |
| 22. Equitable Variable-Alliance Common Stock Fund | A | Dividend | J | T | | | | | |
| 23. AXA Equitable-Incentive Life/Mod. Common Fund | A | Dividend | K | T | | | | | |
| 24. Bank of America/Savings Acct. | A | Interest | J | T | | | | | |
| 25. Wachovia B&T/Cert. of Deposit | A | Interest | | | Closed | 11/10/09 | K | A | |
| 26. Vacant Real Estate Forsyth, NC /Parcel | | None | J | W | | | | | |
| 27. Vacant Real Estate/Parcel 2 | | None | K | W | | | | | |
| 28. Vacant Real Estate/Union, SC | | None | K | W | | | | | |
| 29. NewBridge Bank FastForward Checking Acct. (X) | A | Interest | M | T | Open | 10/13/09 | M | | |
| 30. Palmetto Citizens Fed. Credit Union Money Market (X) | A | Interest | J | T | Open | 10/08/09 | J | | |
| 31. Palmetto Citizens Federal Credit Union CD (X) | A | Interest | K | T | Open | 10/08/09 | K | | |
| 32. Wachovia B&T CD (X) | A | Interest | J | T | Open | 09/20/09 | J | | |
| 33. Wachovia B&T CD (X) | A | Interest | K | T | Open | 09/20/09 | K | | |
| 34. Wachovia B & T Checking (X) | A | Interest | K | T | Open | 09/20/09 | K | | |

1 Income Gain Codes.         A =$1,000 or less            B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000       E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes                  J =$15,000 or less          K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                                     P3 =$25,000,001 - $50,000,000                                              P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal                 R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
(See Column C2)               U =Book Value                V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Wachovia B& T Money Market (X) | A | Interest | J | T | Open | 10/13/09 | J | | |
| 36. Frist National Bank CD (X) | A | Interest | J | T | Open | 09/20/09 | J | | |
| 37. First National Bank CD (X) | A | Interest | J | T | Open | 09/20/09 | J | | |
| 38. First National Bank CD (X) | A | Interest | J | T | Open | 09/20/09 | J | | |
| 39. First National Bank CD (X) | A | Interest | K | T | Open | 09/20/09 | K | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part VII. Items 29-39 are all exempt transactions. To the extent they became reportable assets during the reporting period they are now being listed to show their value as of the last date of the reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353. and Judicial Conference regulations.



Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544